IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MAHENDRA PRASAD,<br><br>        Defendant,<br><br>TECHNOLOGY CREDIT UNION,<br>(and its Successors and Assignees)<br><br>        GARNISHEE. | Case No.: 1:18-mc-00016-LJO-SAB<br><br>ORDER AMENDING FINDINGS AND RECOMMENDATIONS RECOMMENDING GRANTING PLAINTIFF'S APPLICATION FOR FINAL WRIT OF GARNISHMENT<br><br>(ECF No. 14) |

On June 19, 2019, this Court issued findings and recommendations recommending granting Plaintiff's application for a final writ of garnishment. (ECF No. 14.) On July 9, 2019, Plaintiff filed a response to the findings and recommendations. (ECF No. 16.) Plaintiff's response indicates that the findings and recommendations contains an error in the relationship of the joint owner of the property sought to be garnished. While the findings and recommendations stated that the joint owner was Defendant Prasad's spouse, she was his mother and she died on March 29, 2019, the date that she was served with the documents in this matter. (Id.)

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations, filed June 19, 2019 is amended at 2:16 and spouse is replaced with "mother".

IT IS SO ORDERED.

Dated: __**July 16, 2019**__

UNITED STATES MAGISTRATE JUDGE